UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :
OMER A ALLAHABI and TWO STARS LUCKY DELI   :
INC.,                                                                                  :
                                                :
                     Plaintiffs,          :           21 Civ. 1081 (JPC)
                                                :
             -v-                                              :                  ORDER
                                                :
UNITED STATES OF AMERICA *et al.*,                   :
                                                :
                   Defendants.       :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       Plaintiffs have filed a proposed order to show cause for emergency relief.  Dkt. 2.  The record does not reflect that Plaintiffs have served the Complaint and emergency motion papers on Defendants or otherwise notified Defendants of the motion.  Accordingly, the Court hereby ORDERS Plaintiffs to serve the Complaint, Dkt. 6, and accompanying motion papers, Dkt. 2, on Defendants by February 9, 2021.  Plaintiffs are ORDERED to docket an affidavit of service by 11:59 p.m. on February 9, 2021.

       As soon as Defendants have been served, the parties are instructed to meet and confer to discuss an agreed upon interim solution.  If an agreement is reached, the parties shall submit a proposed order to the Court.  If no agreement can be reached, the parties shall submit a joint letter by February 11, 2021 with a proposed schedule for briefing and oral argument (should the Court require it).  If the parties do not agree on a proposed schedule, the joint letter should include their respective proposals.

       Plaintiffs must serve this Order on Defendants and submit an affidavit of service by the end of the day February 9, 2021.

SO ORDERED.

Dated: February 8, 2021
      New York, New York

                                                JOHN P. CRONAN
                                      United States District Judge